## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00863-WJM-KLM

HAROLD CHAMBLISS,

      Plaintiff,

v.

ALLIED INTERSTATE LLC, a Minnesota limited liability company,

      Defendant.

---

## RETURN OF SERVICE

---

I, John D. Larson, do hereby affirm that I am over 18 years of age, I am not a party to this action, and on **April 1, 2014 at 1:53 p.m. MST**, I served a true copy of the **Summons, Complaint and Jury Demand** in this action upon Mary Medina, an employee of The Corporation Company, as registered agent for Allied Interstate LLC, at 1675 Broadway, Suite 1200, Denver, CO, 80202.

Fee for Process of Service      $70.00

I declare under penalty of perjury that the foregoing information contained in this Return of Service is true and correct to the best of my knowledge and belief.

John D. Larson
88 Inverness Circle East, Suite I-101
Englewood, CO 80112

Subscribed and sworn to before me this 1st day of April, 2014.

Notary Public

STEPHANIE STEINER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054012932
MY COMMISSION EXPIRES MARCH 31, 2017