**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00863-WJM-KLM

HAROLD CHAMBLISS,

      Plaintiff,

v.

ALLIED INTERSTATE LLC, a Minnesota limited liability company,

      Defendant.

---

NOTICE OF SETTLEMENT

---

    COMES NOW the Plaintiff by and through his counsel of record and for his Notice of Settlement, hereby states:

1.    The Plaintiff and the Defendant have reached a settlement.

2.    The settlement document has been executed by the parties.

3.    The Plaintiff will be filing a Notice of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the settlement terms have been completed.

    The Plaintiff expect this to happen by May 23, 2014.

Respectfully Submitted,

s/ David M. Larson

_____
David M. Larson, Esq.
88 Inverness Circle East, Suite I-101
Englewood, CO 80112
Telephone: (303) 799-6895
Attorney for the Plaintiff